IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-cr-00129-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSE LUIS PORRAS-ASTORGA,

       Defendant.

---

**ORDER**

---

Under Local Rule 11.1(A) of the District of Colorado, this Court requires notice of disposition to be filed not later than two weeks before trial, unless otherwise ordered.

The parties are ordered to file a status report on the possible settlement of this case by close of business on July 5, 2007.

DATED this __3rd__ day of July, 2007.

                                                 By the Court:

                                               *s/ David M. Ebel*

                                               DAVID M. EBEL
                                               United States Circuit Judge