IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-0129-DME

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE LUIS PORRAS-ASTORGA,

      Defendant.

## ORDER

This matter comes before the court on Defendant Porras-Astorga's unopposed motion to continue sentencing. That motion is GRANTED. Sentencing is rescheduled for January 7, 2008, at 1:30 p.m. The probation officer is directed to prepare a revised presentence investigation report, or a second addendum to the original report, which incorporates any relevant amendments to the sentencing guidelines that have taken effect prior to the rescheduled sentencing proceeding. This revised report or second addendum should specifically include any amendment to U.S.S.G. § 4A2.1(c). The probation officer is further directed, pursuant to Fed. R. Crim. P. 32(e)(2), to give the revised report or second addendum to the defendant, his attorney, and the attorney for the Government 35 days before the rescheduled sentencing

proceeding. The parties shall file, in writing, any written objections they have, in addition to the written objections that have already been filed in this matter, within 14 days after receiving the revised presentence report or second addendum. See Rule 32(f)(1). And the probation officer shall submit the revised report or second addendum, any new objections the parties have, and any further response from the probation officer, to the court and the parties within 7 days of the new sentencing date. See Rule 32(g).

Dated: October 9, 2007

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE